# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NEW YORK

JOHN W. KARCZ,
Plaintiff,

v.

MICHAEL J. FILICETTI,
in his official capacity as Sheriff of Niagara County;
NIAGARA COUNTY;
JOHN AND JANE DOES 1–10,
employees, supervisors, and records officers of the Niagara County Jail,
Defendants.

26 CV 1069

## COMPLAINT

### JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the events giving rise to the claims occurred in Niagara County, New York.

4. Plaintiff proceeds pro se. This Court has authority to grant the relief requested pursuant to the Federal Rules of Civil Procedure and the inherent powers of the Court, as applied by the Local Rules of the United States District Court for the Western District of New York.

### PARTIES

1. Plaintiff John W. Karcz is a resident of Niagara County, New York.

2. **Defendant Michael J. Filicetti is the duly elected Sheriff of Niagara County and is sued in his official capacity only, as the final policymaker responsible for jail operations and the custody of detainees.**

3. **Defendant Niagara County is a municipal entity responsible for the policies, practices, and customs governing detention and jail administration.**

4. **Defendants John and Jane Does 1–10 are employees, supervisors, or records officers of the Niagara County Jail whose identities are presently unknown and who participated in, authorized, or failed to prevent Plaintiff's unlawful detention.**

## FACTUAL ALLEGATIONS

1. **Between February 10, 2025 and April 15, 2025, Plaintiff was held in the custody of the Niagara County Sheriff.**

2. **On multiple occasions during this period, including February 24, 2025 and March 19, 2025, Plaintiff was produced to court for scheduled appearances.**

3. **On those dates, the court proceedings were cancelled, and Plaintiff was returned to the Niagara County Jail.**

4. **Upon information and belief, no signed judicial commitment, remand order, bench warrant, or other lawful detention order existed authorizing Plaintiff's continued custody following these cancelled court appearances.**

5. **After March 19, 2025, Plaintiff was held in custody without any paperwork authorizing detention and without any return-to-court date recorded or established with the jail.**

6. **Plaintiff was not advised of any lawful basis for continued detention and was held solely on the authority of jail personnel acting under the Sheriff's administration.**

7. **Defendants had an independent duty to verify the existence of lawful judicial authority for Plaintiff's detention and failed to do so.**

8. **Plaintiff was therefore detained without judicial process, without lawful authority, and without due process of law.**

9. **As a direct and proximate result, Plaintiff suffered loss of liberty, emotional distress, and other damages.**

## CLAIM FOR RELIEF

1. Plaintiff repeats and realleges paragraphs 1 through 17.

2. Defendants, acting under color of state law, deprived Plaintiff of rights secured by the Fourth and Fourteenth Amendments, including the right to be free from unreasonable seizure and detention without due process of law.

3. The unconstitutional detention was caused by policies, practices, or customs of Niagara County, including the failure to require and verify lawful judicial authority for continued custody.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Declare that Plaintiff's detention between February 10 and April 15, 2025 without a valid judicial commitment violated the Constitution;

B. Enter injunctive relief requiring Defendants to implement procedures ensuring detention only pursuant to lawful judicial authority;

C. Award compensatory damages in an amount to be determined at trial;

D. Award costs and attorney's fees pursuant to 42 U.S.C. § 1988;

E. Grant such other and further relief as the Court deems just and proper.

Dated: *May 19, 2026*
Niagara Falls, New York


John W. Karcz
Plaintiff, Pro Se
357 Daniel Drive
North Tonawanda, NY 14120
716-263-2894

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

John Karcz

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

Michael Filicetti, et al

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

# 26 CV 1069

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane   [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product   Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | Liability   [ ] 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel &   Pharmaceutical Slander   Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers'   Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability   [ ] 368 Asbestos Personal [ ] 340 Marine   Injury Product [ ] 345 Marine Product   Liability | | [ ] 835 Patent - Abbreviated New Drug Application [ ] 840 Trademark | [ ] 460 Deportation [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | Liability   **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle   [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle   [ ] 371 Truth in Lending | | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | Product Liability   [ ] 380 Other Personal | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 360 Other Personal   Property Damage Injury   [ ] 385 Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | [ ] 362 Personal Injury -   Product Liability Medical Malpractice | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights   **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting   [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment   [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/   [ ] 530 General Accommodations | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities -   [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | Employment   **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 446 Amer. w/Disabilities -   [ ] 540 Mandamus & Other Other   [X] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education   [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee -   Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

John W. Karcz
357 Daniel Drive
North Tonawanda, NY 14120
Pro Se
Date: May 18, 2026


Andrew W. Moeller
Clerk of Court
United States District Court
2 Niagara Square
Buffalo, NY 14202


Re: *Karcz v. Filicetti et al.*
Case No. _____
Hon. Lawrence J. Vilardo

Dear Clerk of Court:

Enclosed for filing in the above-referenced matter, please find the following documents submitted by the Plaintiff, proceeding pro se:

1. **Complaint**

2. **Motion to Proceed In Forma Pauperis**

3. **AO-240 Application to Proceed Without Prepaying Fees or Costs**

This action arises from events separate from, but factually related to, *Karcz v. Wojtaszek*, Case No. 1:2025-cv-00937, currently pending before the Honorable Lawrence J. Vilardo. Judge Vilardo's familiarity with the underlying actors and factual context provides continuity for review.

Please file the enclosed documents accordingly. If any additional information or correction is required, I respectfully request notification so that it may be promptly addressed.

Respectfully submitted,

John W. Karcz Plaintiff, Pro Se

JOHN KARCZ
357 DANIEL DRIVE
N. TONAWANDA NY 14120

Clerk of the Court
United States District Court
2 Niagara Square
Buffalo New York 14202

Retail

UNITED STATES
POSTAL SERVICE®

RDC 99

14202

U.S. POSTAGE PAID
FCM LG ENV
NIAGARA FALLS, NY 14304
MAY 20, 2026
$0.61
S2324M501073-22



USDC - WDNY
MAY 2 6 2026
BUFFALO



GOODNIGHT MOON
usa forever

GOODNIGHT MOON
usa forever